IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Joseph A Carlino | : | Bankruptcy No. 18-23811-GLT |
| | : | Chapter  7 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. 9 |
| Joseph A Carlino | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| | : | |
| No Respondent | : | |

## CERTIFICATE OF SERVICE OF NOTICE
## OF RESCHEDULED MEETING OF CREDITORS

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on _____10/30/2018_____.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____electronic notification, first-class mail_____.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  _____10/30/2018_____.

By:  /s/ David J. Romito, Esquire

David J Romito, Esq.

117 Fox Plan Road Suite 303, Monroeville PA 15146

(412) 373-5578

Pennsylvania Bar ID# 69261

**PAWB Local Form 7 (07/13)**

Service by NEF

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com

Service by First-Class Mail

Joseph A Carlino
3906 Logans Ferry Rd.
Monroeville, PA  15146