IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Joseph A. Carlino, | ) Bankruptcy No. 18-23811 GLT |
|    *Debtor* | ) Chapter 7 |
| | ) Docket No. |
| Joseph A. Carlino, | ) |
|    *Movant* | ) |
| | ) |
| Vs. | ) |
| | ) |
| Di-Tech, Valley Honda, AES-PHEAA, Allegheny | ) |
| Health Network, Capital One Bank, City Bank, | ) |
| Credit One Bank, First National Bank of Omaha, | ) |
| Kohls, Merritt Bank, Midland Credit Management, | ) |
| Nation Wide Credit, PNC Bank, Portfolio Recovery | ) |
| Associates, and Robert Shearer, Trustee | ) |
|    *Respondents* | ) |

## PRAECIPE TO ENTER APPEARANCE

Please enter my appearance as the attorney of record representing the Debtor, Joseph A. Carlino in all future proceedings before this court for this Chapter 13 bankruptcy case. All future notices regarding this case should be sent to Attorney Kenneth Steidl at the following address:

>Kenneth Steidl, Esquire
>Steidl and Steinberg
>28th Floor – Gulf Tower
>707 Grant Street
>Pittsburgh, PA 15219
>(412) 391-8000

                    Respectfully submitted,

<u>November 16, 2018</u>         <u>/s/Kenneth Steidl</u>
     DATE             Kenneth Steidl, Esquire
                          Attorney for the Debtor

                          STEIDL & STEINBERG
                          28th Floor – Gulf Tower
                          707 Grant Street
                          Pittsburgh, PA  15219
                          (412) 391-8000
                          PA I. D. No. 34965
                          Ken.Steidl@steidl-steinberg.com