FILED
12/6/18 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 18-23811-GLT |
| | : | Chapter 7 |
| JOSEPH A. CARLINO, | : | Related to Dkt. No. 15 |
| | : | |
| Debtor. | : | Related to Dkt. January 10, 2018 at 10:00 a.m. |

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor filed a *Motion to Convert* [Dkt. No.15] in accordance with 11 U.S.C. § 706(a), seeking to convert the case to a proceeding under chapter 13 of title 11 of the U.S. Code. The Court has reviewed the record and finds that the case has not been previously converted pursuant to 11 U.S.C. § 1112, § 1208, or § 1307.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

(1) This chapter 7 case is converted to a case under chapter 13. Any party-in-interest that challenges the good faith of the conversion shall, on or before **January 3, 2019,** file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event conversion is found not to have been made in good faith.

(2) On or before **December 20, 2018**, the chapter 7 trustee shall file:

  (a) An account of all receipts and disbursements made in the chapter 7 case; and

  (b) A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

(3) The chapter 7 trustee shall immediately turn over to the Debtor sall records and property of the estate remaining in the trustee's custody and control.

(4) On or before **January 7, 2019**, the trustee or any other party entitled to compensation may file an application for compensation and reimbursement of expenses.

(5) On or before **January 7, 2019**, the Debtor shall file the statements and schedules required by Fed. R. Bankr. P. 1007(b), if such documents have not already been filed.

(6) On or before **December 20, 2018**, the Debtors shall file a chapter 13 plan.

(7)  On or before **December 13, 2018**, the Debtor's counsel shall file an amended Rule 2016 disclosure statement setting forth the financial terms of counsel's engagement.

(8)  If any party fails to comply with this *Order*, the Court may dismiss the case without further notice or hearing.

Dated: December 6, 2018

_____
GREGORY J. TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Debtor
Debtor's counsel
Mailing matrix
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-23811-GLT
Joseph A Carlino                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin            Page 1 of 1            Date Rcvd: Dec 06, 2018
                               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
              +Ronda J Winnecour,    3250 US Steel Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
              David J. Romito    on behalf of Debtor Joseph A Carlino romitoesq@verizon.net, romitoesq@comcast.net
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com,    rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 8