**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                           CASE NO.: 18-23811-GLT
                                                                                                        CHAPTER 13

**Joseph A Carlino,**

   Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                                      Robertson, Anschutz & Schneid, P.L.
                                                      Authorized Agent for Secured Creditor
                                                      6409 Congress Ave., Suite 100
                                                      Boca Raton, FL 33487
                                                      Telephone: 561-241-6901
                                                      Facsimile: 561-997-6909
                                                      By: /s/Cristina DiGiannantonio
                                                      Cristina DiGiannantonio
                                                      cdigiannantonio@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KENNETH STEIDL
STEIDL & STEINBERG
707 GRANT STREET
SUITE 2830 GULF TOWER
PITTSBURGH, PA  15219

DAVID J. ROMITO
117 FOX PLAN ROAD, SUITE 303
MONROEVILLE, PA 15146

JOSEPH A CARLINO
3906 LOGANS FERRY RD.
MONROEVILLE, PA  15146

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET, PA  15219
PITTSBURGH, PA 15219

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/ Cristina DiGiannantonio
Cristina DiGiannantonio
cdigiannantonio@rascrane.com