IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph A. Carlino, | ) | Case No. 18-23811 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Joseph A. Carlino, | ) | Related to Document No. 34 |
| Social Security No. XXX-XX-6214 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Valley Honda | ) | |
| and Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 19, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Joseph A. Carlino
3906 Logans Ferry Rd.
Monroeville, PA 15146

Valley Honda
Attn: Payroll Dept.
4221 William Penn Highway
Monroeville, Pa 15146

Date of Service:    February 19, 2019    /s/ Kenneth M. Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965