**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23811-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph A Carlino
3906 Logans Ferry Rd.
Monroeville PA 15146

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2019.

Name and Address of Alleged Transferor(s):

Claim No. 10: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

LoanCare, LLC
3637 Sentara Way
Virginia Beach, Virginia  23452

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/24/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph A Carlino  
    Debtor  

Case No. 18-23811-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Nov 22, 2019  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14994749       E-mail/Text: bankruptcy.bnc@ditech.com Nov 23 2019 03:16:41     Ditech Financial LLC,  
        P.O. Box 6154,   Rapid City, SD 57709-6154  
                                                                                                                      TOTAL: 1

                     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:  
       Ann E. Swartz    on behalf of Creditor     LoanCare, LLC ecfmail@mwc-law.com,  
        ecfmail@ecf.courtdrive.com  
       David J. Romito    on behalf of Debtor Joseph A Carlino romitoesq@verizon.net,  
        romitoesq@comcast.net  
       James Warmbrodt     on behalf of Creditor     DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
       Kenneth Steidl     on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com,  
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
       Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,  
        jbluemle@bernsteinlaw.com  
       Lauren Moyer     on behalf of Creditor     LoanCare, LLC lmoyer@mwc-law.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Robert Shearer     on behalf of Trustee Robert Shearer information@robertshearer.com,  
        rshearer@ecf.axosfs.com;rspclaw@gmail.com  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                                     TOTAL: 9