IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph A. Carlino, | ) | Bankruptcy No. 18-23811 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Claim No. 10 |
| | ) | |
| LoanCare, LLC, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph A. Carlino, | ) | |
| | | |
| Respondent | | |

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, comes the debtor, Joseph A. Carlino, by and through his attorney Kenneth Steidl and Steidl and Steinberg, and respectfully represents as follows:

1. Debtor's attorney has been notified that the monthly mortgage payment is now $707.39.

2. The Plan is adequately funded and no amended Plan is necessary in this case. The new post-petition monthly mortgage payment payable to LoanCare, LLC in the sum of $707.39 effective January 1, 2020 per the Notice of Mortgage Payment Change dated November 22, 2019.

Respectfully submitted,

February 15, 2020
    DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965