**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23811-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph A Carlino
3906 Logans Ferry Rd.
Monroeville PA 15146

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: WellsFargoBank,NationalAssociation c/o Ditech, Financial LLC. PO Box 6154 Rapid City Sd, 6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/10/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph A Carlino  
    Debtor

Case No. 18-23811-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Apr 08, 2020  
                           Form ID: trc    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
14994667         WellsFargoBank,NationalAssociation c/o Ditech,     Financial LLC. PO Box 6154 Rapid City Sd, 6154  
                                                                                                TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        David J. Romito    on behalf of Debtor Joseph A Carlino romitoesq@verizon.net, romitoesq@comcast.net  
        James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        Kenneth Steidl    on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Lauren Moyer    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                           TOTAL: 9