FILED
6/8/20 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Joseph A. Carlino | : | Case No. 18-23811 GLT |
|     Debtor | : | Chapter 13 |
| | : | |
| Joseph A. Carlino | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date: June 17, 2020 |
| Ronda Winnecour, Trustee, Office of the U.S. Trustee, AES/PHEAA, AHN, CACH, Capital One Bank, Carson Smithfield, CitiBank, Credit One Bank, Ditech, Duquesne Light Co., First National Bank of Omaha, Home Depot/CitiBank, Kohl's/Capital One, Loancare, Merrick Bank, Midland Credit Management, Nationwide Credit Inc, PNC Bank, PA Dept. of Revenue, Portfolio Recovery & Assoc., State Collection Service, State Collection Service, Valley Honda, Verizon, | : | @ 9:00 a.m.<br><br>Related to Document Nos. 60-65 |
|     Respondents | : | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this 8th day of June 2020, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) W.PA.LBR 6004-2 (a) allows for the sale of property in a chapter 13 case without meeting the publication requirement found in W.PA.LBR 6004-1 when the funds received by the trustee from the sale of real property are enough to pay one hundred percent (100%) of the amount owed to creditors with allowed claims;

2) W.PA.LBR 6004-2 (a) requires a stipulation between the Debtor and the Chapter 13 Trustee regarding the lack of necessity for the advertising of said sale.

3) The offer for the purchase of the property located at 3906 Logans Ferry Rd., Monroeville, PA 15146, is believed to be enough to pay the closing costs, liens (all of which are tax liens), debtor exemption(s), and 100% to the timely filed unsecured creditors, and therefore, advertising in the general circulation paper and the county legal journal is not necessary.  The sale has been uploaded to the EASI website.

_____
Hon. Gregory L. Taddonio
U.S. Bankruptcy Judge

/s/ Owen Katz
Owen Katz, Esquire
Office of the Ch. 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph A Carlino  
    Debtor

Case No. 18-23811-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jun 08, 2020  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
db           +Joseph A Carlino,    3906 Logans Ferry Rd.,    Monroeville, PA 15146-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
         Ann E. Swartz    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
         David J. Romito    on behalf of Debtor Joseph A Carlino romitoesq@verizon.net,
         romitoesq@comcast.net
         James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         Kenneth Steidl    on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
         Lauren Moyer    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,
         rshearer@ecf.axosfs.com;rspclaw@gmail.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                    TOTAL: 9