Case 18-23811-GLT    Doc 71    Filed 06/17/20    Entered 06/17/20 14:13:01    Desc Main
Document      Page 1 of 1

FILED
6/17/20 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23811-GLT |
| | : | Chapter: | 13 |
| Joseph A Carlino | : | | |
| | : | | |
| | : | Date: | 6/17/2020 |
| *Debtor(s)*. | : | Time: | 09:00 |

## PROCEEDING MEMO

***MATTER:***

#60 - Debtor's Motion to Sell Property Free and Clear of Liens under Section 363(f) . Re: 3906 Logans Ferry Rd., Monroeville, PA 15146
    #67 - Consent for Waiver of Advertising
        Sale Posted on EASI
    #68 - CNO filed

***APPEARANCES:***

    Debtor:    Abagale Steidl, Esq.
    Trustee:   Owen Katz, Esq.

***NOTES:***

Steidl:  Arms' length transaction for value and meets <u>Abbotts Dairies</u> standard.  It is for $160,000. It was not advertised because it is projected to pay 100% to creditors.  This Court Order has a closing date of 180 days.

***OUTCOME:***

1. *Debtor's Motion to Sell Property Free and Clear of Liens Under Section 363(f)* [Dkt. No. 60] is GRANTED.  [JH to issue proposed order at Dkt. No. 70, with "N/A" inserted in paragraph 10 of the payment waterfall.]

***DATED:***  6/17/2020