# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

11/11/2021

IN RE:

JOSEPH A CARLINO                                    Case No.18-23811 GLT
3906 LOGANS FERRY RD.
MONROEVILLE,  PA  15146                              Chapter 13
XXX-XX-6214          Debtor(s)

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/11/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **US BANK TRUST NA - OWNER TRUSTEE ET AL** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI | |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:10 | ACCOUNT NO.: 1611 | |
| PO BOX 52708 | | | |
| | CLAIM: 0.00 | | |
| IRVINE, CA 92619-2708 | COMMENT: PMT/DECL*DK4PMT-LMT*BGN 1/19*FR DITECH-DOC 44*FR LOANCARE-DOC 79 | | |

| | | | |
|---|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:2 INT %: 11.25% | CRED DESC: MORTGAGE PAID IN FULL | |
| PO BOX 10826 | Court Claim Number:9 | ACCOUNT NO.: 7607 | |
| | CLAIM: 6,752.25 | | |
| GREENVILLE, SC 29603-0826 | COMMENT: CL9GOV@PIF*439/PL@LTCD*2ND/SCH*IRWIN WHOLE LOAN HOME EQUITY*DK*FF | | |

| | | | |
|---|---|---|---|
| **VALLEY HONDA** | Trustee Claim Number:3 INT %: 0.00% | CRED DESC: VEHICLE | |
| 4221 WILLIAM PENN HWY | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| MONROEVILLE, PA 15146 | COMMENT: NOTHING OWED/KD*NT PROV/PL | | |

| | | | |
|---|---|---|---|
| **AES/PHEAA** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 1375 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| BUFFALO, NY 14240-1375 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15264-5266 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15264-5266 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.: 9215 | |
| | CLAIM: 307.32 | | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: 2818 | |
| | CLAIM: 0.00 | | |
| CHARLOTTE, NC 28269 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| CHARLOTTE, NC 28269 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: SECURED CREDITOR | |
| PO BOX 12914 | Court Claim Number:8 | ACCOUNT NO.: 8098 | |
| | CLAIM: 1,481.56 | | |
| NORFOLK, VA 23541 | COMMENT: CL8GOV*UNS/SCH-PL*CITIBANK/THD*JUDGMENT*DK!!! | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CREDIT ONE BANK** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 98873 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193 | COMMENT: | |

| | | |
|---|---|---|
| **CACH LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 10587 | Court Claim Number:1 | ACCOUNT NO.:  3876 |
| | CLAIM:  898.26 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  FNB OMAHA | |

| | | |
|---|---|---|
| **KOHLS++** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2983 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MILWAUKEE, WI  53201-2983 | COMMENT:  NT ADR~CAP 1/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:2 | ACCOUNT NO.:  9017 |
| POB 10368 | | |
| GREENVILLE, SC  29603-0368 | CLAIM:  363.77 | |
| | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT: | |

| | | |
|---|---|---|
| **NATIONWIDE CREDIT CORP** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 9156 | Court Claim Number: | ACCOUNT NO.:  4952 |
| | CLAIM:  0.00 | |
| ALEXANDRIA, VA  22304-0156 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number: | ACCOUNT NO.:  6502 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:7 | ACCOUNT NO.:  7411 |
| | CLAIM:  740.42 | |
| NORFOLK, VA  23541 | COMMENT:  NO ACCT/SCH*CAP ONE | |

| | | |
|---|---|---|
| **CACH LLC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 10587 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT: | |

| | | |
|---|---|---|
| **CARSON SMITHFIELD LLC** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 9216 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| OLD BETHPAGE, NY  11804 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PHILLIPS & COHEN ASSOCIATES, LTD.** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 1002 JUSTISON STREET | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19801 | COMMENT: | |

| | | |
|---|---|---|
| **ABRAHAMSEN RATCHFORD++** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 409 LACKAWANNA AVE STE 3C | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SCRANTON, PA 18503-2059 | COMMENT: | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 6250 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: | |

| | | |
|---|---|---|
| **ROBERTSON ANSCHUTZ & SCHNEID PL** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 6409 CONGRESS AVE STE 100 | | |
| | CLAIM: 0.00 | |
| BOCA RATON, FL 33487 | COMMENT: DITECH FNCL/PRAE | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:4 | ACCOUNT NO.: 6688 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 198.24 | |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:5 | ACCOUNT NO.: 0001 |
| | CLAIM: 53.90 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:6 | ACCOUNT NO.: 0001 |
| | CLAIM: 219.17 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: MORTGAGE PAID IN FULL |
| PO BOX 10826 | Court Claim Number:9 | ACCOUNT NO.: 7607 |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT: PIF @ 2*CL=1222.68*FR WF-DOC 52 | |

| | | |
|---|---|---|
| **US BANK TRUST NA - OWNER TRUSTEE ET AL** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:10 | ACCOUNT NO.: 1611 |
| PO BOX 52708 | | |
| | CLAIM: 2,418.19 | |
| IRVINE, CA 92619-2708 | COMMENT: CL10GOV*$0ARRS/PL*THRU 12/18*FR DITECH-DOC 44*FR LOANCARE-DOC 79 | |

| | | |
|---|---|---|
| **MCCABE WEISBERG & CONWAY PC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 1ST UNION BLDG | Court Claim Number: | ACCOUNT NO.: |
| 123 S BROAD ST STE 1400 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19109 | COMMENT: LOANCARE/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** | Trustee Claim Number: 31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 130 CLINTON RD #202 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| FAIRFIELD, NJ  07004 | COMMENT:  FIRST FNCL/PRAE | |