FILED
4/11/22 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Joseph Carlino ) | Case No. 18-23811 GLT |
|     Debtor ) | Chapter 13 |
| ) | |
| Steidl and Steinberg, P.C. ) | Related to Dkt. No. 88 |
|     Applicant ) | Hearing: May 4, 2022 at 9 |
| ) | a.m. |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, AES/PHEAA, AHN, CACH LLC, Capital One ) | |
| Bank, Carson Smithfield, CitiBank, Credit One Bank, ) | |
| Ditech, Duquesne Light Co., First National Bank of ) | |
| Omaha, Home Depot/CitiBank, Kohl's/Capital One, ) | |
| LoanCare, Merrick Bank, Midland Credit Management, ) | |
| Nationwide Credit, NewRez LLC, PNB Bank Retail ) | |
| Lending, PA Dept. of Revenue, Portfolio Recovery ) | |
| Assoc., , State Collection Service, U.S. Bank Trust, ) | |
| Verizon ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this 11th day of April 2022, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $5,105.00 for work performed in the Chapter 13 case by Debtor's counsel from November 14, 2018, to March 18, 2022.

2. The Debtors paid their counsel for administrative costs and expenses totaling $0.00 prior to Counsel entering their appearance in this case. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $500.00 retainer prior to Counsel entering their appearance and has been paid, or is approved (in prior plan(s)) to be paid, $2,500.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $8,105.00 with the total to be paid through the Plan by the Trustee being $6,500.00 (representing the $2,500.00 previously approved to be paid (as set forth above)) and up to an additional $4,000.00 to be paid from the trustee's funds "on hand" after disbursement to timely filed unsecured claims occurs in full, but prior to the refund of any funds to the Debtors,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;
5. The clerk shall record the total compensation as $5,105.00.

Prepared by: Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: April 11, 2022

Gregory L. Taddonio  
United States Bankruptcy Judge

jah

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23811-GLT |
| Joseph A Carlino | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph A Carlino, 3906 Logans Ferry Rd., Monroeville, PA 15146-1238 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor First Financial Bank formerly known as First Financial Bank, N.A. successor in interest to FDICas receiver for Irwin Union Bank and Trust Company cwohlrab@raslg.com |
| David J. Romito | on behalf of Debtor Joseph A Carlino romitoesq@verizon.net romitoesq@comcast.net |
| Karina Velter | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Kenneth Steidl | on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10