Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Joseph A Carlino** | : | Case No. 18−23811−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 94 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/27/22 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 94 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before July 11, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *July 27, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph A Carlino  
     Debtor

Case No. 18-23811-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 26, 2022      Form ID: 604      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A Carlino, 3906 Logans Ferry Rd., Monroeville, PA 15146-1238 |
| 14922045 | | AES/PHEAA-Adv, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14922046 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14922057 | | Citibank (South Dakota), N.A., PO Box 6191, Sioux Falls, SD 57117-6191 |
| 14922060 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14994749 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14922062 | | First National Bank Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 14922069 | | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 14922078 | + | Ratchford Law Group, PC, 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14922081 | + | Valley Honda, 4221 William Penn Highway, Monroeville, PA 15146-2788 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 14967029 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:30 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922048 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:06 | Cach, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14922049 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:30 | Cach, LLC, c/o Resurgent Capital Services, LP, PO Box 10466, Greenville, SC 29603-0466 |
| 14922047 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:30 | Cach, LLC, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14922050 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14922054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:27 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14922051 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:36 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:37 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14984208 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14922056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:53:40 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 14922055 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 26 2022 23:54:04 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14922058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:43 | Citibank, N.A., PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14922059 | | Email/PDF: creditonebknotifications@resurgent.com | May 26 2022 23:54:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14990932 | + | Email/Text: kburkley@bernsteinlaw.com | May 26 2022 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922061 | | Email/Text: collecadminbankruptcy@fnni.com | May 26 2022 23:55:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14922063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:39 | Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14922064 | | Email/Text: PBNCNotifications@peritusservices.com | May 26 2022 23:55:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15161539 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 26 2022 23:55:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 14967196 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:53:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14922066 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:53:39 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14922065 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:53:40 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14922067 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2022 23:55:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14922068 | | Email/Text: NCI_bankonotify@ncirm.com | May 26 2022 23:54:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 15228192 | | Email/Text: mtgbk@shellpointmtg.com | May 26 2022 23:55:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14922071 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14922070 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14922072 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC Bank, N.A., PO Box 5570, Cleveland, OH 44101-0570 |
| 14922074 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:53:45 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14922073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:05 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd. Ste 100, Norfolk, VA 23502-4962 |
| 14922076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:05 | Portfolio Recovery Associates, LLC, Litigation Department, 120 Corporate Blvd. East, Norfolk, VA 23502-9901 |
| 14991345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14994231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14922077 | | Email/Text: signed.order@pfwattorneys.com | May 26 2022 23:55:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14922080 | | Email/Text: amieg@stcol.com | May 26 2022 23:55:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14922079 | | Email/Text: amieg@stcol.com | | |

Case 18-23811-GLT    Doc 97    Filed 05/28/22    Entered 05/29/22 00:25:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 604 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | May 26 2022 23:55:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15429800 | + | Email/Text: bkenotice@rushmorelm.com | | |
| | | | May 26 2022 23:55:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14991299 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 26 2022 23:54:06 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | First Financial Bank, formerly known as First Fina |
| cr | | LoanCare, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, not in its i |
| 14994667 | | WellsFargoBank,NationalAssociation c/o Ditech, Financial LLC. PO Box 6154 Rapid City Sd, 6154 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922052 | * | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor First Financial Bank formerly known as First Financial Bank, N.A. successor in interest to FDICas receiver for Irwin Union Bank and Trust Company cwohlrab@raslg.com |
| David J. Romito | on behalf of Debtor Joseph A Carlino romitoesq@verizon.net romitoesq@comcast.net |
| Karina Velter | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Kenneth Steidl | on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: May 26, 2022 | Form ID: 604 | Total Noticed: 48

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10