**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOSEPH A CARLINO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:18-23811 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/27/2018 and confirmed on 1/31/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,469.23 |
| Less Refunds to Debtor | 3,697.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,771.28 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,500.00 | |
|   Trustee Fee | 2,571.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,071.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 28,568.80 | 0.00 | 28,568.80 |
|   Acct: 1611 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 2,418.19 | 2,418.19 | 0.00 | 2,418.19 |
|   Acct: 1611 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,481.56 | 1,481.56 | 0.00 | 1,481.56 |
|   Acct: 8098 | | | | |
| VALLEY HONDA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 6,752.25 | 6,752.25 | 697.83 | 7,450.08 |
|   Acct: 7607 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7607 | | | | |
| | | | | 39,918.63 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOSEPH A CARLINO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOSEPH A CARLINO | 3,697.95 | 3,697.95 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID J ROMITO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |

Case 18-23811-GLT    Doc 99    Filed 05/28/22    Entered 05/29/22 00:25:10    Desc Imaged
Certificate of Notice    Page 3 of 9

18-23811  Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 307.32 | 307.32 | 0.00 | 307.32 |
| Acct: 9215 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2818 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CACH LLC | 898.26 | 898.26 | 0.00 | 898.26 |
| Acct: 3876 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 363.77 | 363.77 | 0.00 | 363.77 |
| Acct: 9017 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4952 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6502 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 740.42 | 740.42 | 0.00 | 740.42 |
| Acct: 7411 | | | | |
| DUQUESNE LIGHT COMPANY* | 198.24 | 198.24 | 0.00 | 198.24 |
| Acct: 6688 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 53.90 | 53.90 | 0.00 | 53.90 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 219.17 | 219.17 | 0.00 | 219.17 |
| Acct: 0001 | | | | |
| ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CARSON SMITHFIELD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ABRAHAMSEN RATCHFORD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,781.08 |

TOTAL PAID TO CREDITORS                                                                                              42,699.71

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 10,652.00 |
| UNSECURED | 2,781.08 |

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOSEPH A CARLINO

           Debtor(s)

    Ronda J. Winnecour
           Movant
           vs.
    No Repondents.

Case No.:18-23811

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23811-GLT |
| Joseph A Carlino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A Carlino, 3906 Logans Ferry Rd., Monroeville, PA 15146-1238 |
| 14922045 | | AES/PHEAA-Adv, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14922046 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14922057 | | Citibank (South Dakota), N.A., PO Box 6191, Sioux Falls, SD 57117-6191 |
| 14922060 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14994749 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14922062 | | First National Bank Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 14922069 | | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 14922078 | + | Ratchford Law Group, PC, 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14922081 | + | Valley Honda, 4221 William Penn Highway, Monroeville, PA 15146-2788 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 14967029 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:07 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922048 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:30 | Cach, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14922049 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 00:04:39 | Cach, LLC, c/o Resurgent Capital Services, LP, PO Box 10466, Greenville, SC 29603-0466 |
| 14922047 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:06 | Cach, LLC, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14922050 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14922054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:27 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14922051 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:27 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:27 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14984208 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14922056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:54:04 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 14922055 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 26 2022 23:54:03 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14922058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:46 | Citibank, N.A., PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14922059 | | Email/PDF: creditonebknotifications@resurgent.com | May 26 2022 23:54:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14990932 | + | Email/Text: kburkley@bernsteinlaw.com | May 26 2022 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922061 | | Email/Text: collecadminbankruptcy@fnni.com | May 26 2022 23:55:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14922063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:39 | Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14922064 | | Email/Text: PBNCNotifications@peritusservices.com | May 26 2022 23:55:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15161539 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 26 2022 23:55:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 14967196 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:54:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14922066 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:53:39 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14922065 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 23:54:04 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14922067 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2022 23:55:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14922068 | | Email/Text: NCI_bankonotify@ncirm.com | May 26 2022 23:54:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 15228192 | | Email/Text: mtgbk@shellpointmtg.com | May 26 2022 23:55:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14922071 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14922070 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14922072 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC Bank, N.A., PO Box 5570, Cleveland, OH 44101-0570 |
| 14922074 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:06 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14922073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:53:47 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd. Ste 100, Norfolk, VA 23502-4962 |
| 14922076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:53:47 | Portfolio Recovery Associates, LLC, Litigation Department, 120 Corporate Blvd. East, Norfolk, VA 23502-9901 |
| 14991345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2022 00:04:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14994231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14922077 | | Email/Text: signed.order@pfwattorneys.com | May 26 2022 23:55:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14922080 | | Email/Text: amieg@stcol.com | May 26 2022 23:55:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14922079 | | Email/Text: amieg@stcol.com | | |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | May 26 2022 23:55:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15429800 | + | Email/Text: bkenotice@rushmorelm.com | May 26 2022 23:55:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14991299 | | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 23:54:06 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | First Financial Bank, formerly known as First Fina |
| cr | | LoanCare, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, not in its i |
| 14994667 | | WellsFargoBank,NationalAssociation c/o Ditech, Financial LLC. PO Box 6154 Rapid City Sd, 6154 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922052 | * | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor First Financial Bank formerly known as First Financial Bank, N.A. successor in interest to FDICas receiver for Irwin Union Bank and Trust Company cwohlrab@raslg.com |
| David J. Romito | on behalf of Debtor Joseph A Carlino romitoesq@verizon.net romitoesq@comcast.net |
| Karina Velter | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Kenneth Steidl | on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: May 26, 2022 Form ID: pdf900 Total Noticed: 48

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
        on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
        on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com


TOTAL: 10