**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph A Carlino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6214<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–23811–GLT | |

# Order of Discharge                                                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Joseph A Carlino

<u>7/14/22</u>                                                                   **By the court:** <u>Gregory L. Taddonio</u>
                                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-23811-GLT
Joseph A Carlino  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Jul 14, 2022      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A Carlino, 3906 Logans Ferry Rd., Monroeville, PA 15146-1238 |
| 14922045 | | AES/PHEAA-Adv, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14922046 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14922057 | | Citibank (South Dakota), N.A., PO Box 6191, Sioux Falls, SD 57117-6191 |
| 14922060 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14994749 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14922062 | | First National Bank Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 14922069 | | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 14922078 | + | Ratchford Law Group, PC, 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14922081 | + | Valley Honda, 4221 William Penn Highway, Monroeville, PA 15146-2788 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 15 2022 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 15 2022 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:29:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 14967029 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922048 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | Cach, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14922049 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | Cach, LLC, c/o Resurgent Capital Services, LP, PO Box 10466, Greenville, SC 29603-0466 |
| 14922047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | Cach, LLC, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14922050 | | EDI: CAPITALONE.COM | Jul 15 2022 03:28:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

Case 18-23811-GLT   Doc 106   Filed 07/16/22   Entered 07/17/22 00:25:09   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14922054 | | EDI: CAPITALONE.COM | Jul 15 2022 03:28:00 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14922051 | + | EDI: CAPITALONE.COM | Jul 15 2022 03:28:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922053 | | EDI: CAPITALONE.COM | Jul 15 2022 03:28:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14984208 | | EDI: CAPITALONE.COM | Jul 15 2022 03:28:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14922056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:45 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 14922055 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:39 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14922058 | + | EDI: CITICORP.COM | Jul 15 2022 03:28:00 | Citibank, N.A., PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14922059 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2022 23:33:40 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14990932 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 14 2022 23:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922061 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 14 2022 23:29:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14922063 | | EDI: CITICORP.COM | Jul 15 2022 03:28:00 | Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14922064 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:29:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15161539 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 14 2022 23:29:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 14967196 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14922066 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:47 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14922065 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:46 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14922067 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:30:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14922068 | | Email/Text: NCI_bankonotify@ncirm.com | Jul 14 2022 23:29:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 15228192 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2022 23:29:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14922071 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14922070 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14922072 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, N.A., PO Box 5570, Cleveland, OH 44101-0570 |
| 14922074 | | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14922073 | | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd. Ste 100, Norfolk, VA 23502-4962 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | Method | Date | Name and Address |
|---|---|---|---|
| 14922076 | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, Litigation Department, 120 Corporate Blvd. East, Norfolk, VA 23502-9901 |
| 14991345 | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14994231 | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14922077 | Email/Text: signed.order@pfwattorneys.com | Jul 14 2022 23:29:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14922080 | Email/Text: amieg@stcol.com | Jul 14 2022 23:29:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14922079 | Email/Text: amieg@stcol.com | Jul 14 2022 23:29:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15429800 + | Email/Text: bkenotice@rushmorelm.com | Jul 14 2022 23:29:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14991299 | EDI: AIS.COM | Jul 15 2022 03:28:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | First Financial Bank, formerly known as First Fina |
| cr | | LoanCare, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, not in its i |
| 14994667 | | WellsFargoBank,NationalAssociation c/o Ditech, Financial LLC. PO Box 6154 Rapid City Sd, 6154 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922052 | * | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

Case 18-23811-GLT    Doc 106    Filed 07/16/22    Entered 07/17/22 00:25:09    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 14, 2022 | Form ID: 3180W | Total Noticed: 50 |

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor First Financial Bank  formerly known as First Financial Bank, N.A. successor in interest to FDICas receiver for Irwin Union Bank and Trust Company cwohlrab@raslg.com

David J. Romito
    on behalf of Debtor Joseph A Carlino romitoesq@verizon.net  romitoesq@comcast.net

Karina Velter
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth Steidl
    on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10