**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/14/22 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

JOSEPH A CARLINO

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-23811

Chapter 13

Related to Dkt. No. 94

**ORDER OF COURT**

AND NOW, this 14th day of July, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

GREGORY L. TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23811-GLT |
| Joseph A Carlino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A Carlino, 3906 Logans Ferry Rd., Monroeville, PA 15146-1238 |
| 14922045 | | AES/PHEAA-Adv, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14922046 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14922057 | | Citibank (South Dakota), N.A., PO Box 6191, Sioux Falls, SD 57117-6191 |
| 14922060 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14994749 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14922062 | | First National Bank Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 14922069 | | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 14922078 | + | Ratchford Law Group, PC, 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14922081 | + | Valley Honda, 4221 William Penn Highway, Monroeville, PA 15146-2788 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:29:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 14967029 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922048 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:58 | Cach, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14922049 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:51 | Cach, LLC, c/o Resurgent Capital Services, LP, PO Box 10466, Greenville, SC 29603-0466 |
| 14922047 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | Cach, LLC, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14922050 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:48 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14922054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:39 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14922051 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:47 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:39 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14984208 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14922056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:38 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 14922055 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 18-23811-GLT   Doc 107   Filed 07/16/22   Entered 07/17/22 00:25:09   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 14 2022 23:33:46 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14922058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:44:11 | Citibank, N.A., PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14922059 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2022 23:33:48 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14990932 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 14 2022 23:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922061 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 14 2022 23:29:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14922063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:33:42 | Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14922064 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:29:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15161539 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 14 2022 23:29:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 14967196 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14922066 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:39 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 14922065 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2022 23:33:46 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14922067 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:30:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14922068 | | Email/Text: NCI_bankonotify@ncirm.com | Jul 14 2022 23:29:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 15228192 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2022 23:29:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14922071 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14922070 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14922072 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, N.A., PO Box 5570, Cleveland, OH 44101-0570 |
| 14922074 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:57 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14922073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:42 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd. Ste 100, Norfolk, VA 23502-4962 |
| 14922076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:57 | Portfolio Recovery Associates, LLC, Litigation Department, 120 Corporate Blvd. East, Norfolk, VA 23502-9901 |
| 14991345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14994231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14922077 | | Email/Text: signed.order@pfwattorneys.com | Jul 14 2022 23:29:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14922080 | | Email/Text: amieg@stcol.com | Jul 14 2022 23:29:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14922079 | | Email/Text: amieg@stcol.com | | |

Case 18-23811-GLT    Doc 107    Filed 07/16/22    Entered 07/17/22 00:25:09    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| | | | Jul 14 2022 23:29:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
|---|---|---|---|---|
| 15429800 | + | Email/Text: bkenotice@rushmorelm.com | Jul 14 2022 23:29:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14991299 | | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2022 23:33:50 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | First Financial Bank, formerly known as First Fina |
| cr | | LoanCare, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, not in its i |
| 14994667 | | WellsFargoBank,NationalAssociation c/o Ditech, Financial LLC. PO Box 6154 Rapid City Sd, 6154 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14922052 | * | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14922075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor First Financial Bank  formerly known as First Financial Bank, N.A. successor in interest to FDICas receiver for Irwin Union Bank and Trust Company cwohlrab@raslg.com |
| David J. Romito | on behalf of Debtor Joseph A Carlino romitoesq@verizon.net  romitoesq@comcast.net |
| Karina Velter | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Kenneth Steidl | on behalf of Debtor Joseph A Carlino julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 48 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10